PHILLIP A. TALBERT
Acting United States Attorney
ROSS PERASON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jun 15, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 2:21-sw-00500 DB |
| INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS (213) 479-5783, (916) 743-9898, AND (678) 887-7770 | SEALING ORDER <br><br> **UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the application and Order in the above-entitled proceeding, along with this Sealing Order, are sealed until otherwise ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

Dated: June 15, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE