1 | PHILLIP A. TALBERT
United States Attorney
2 | ROSS PEARSON
JUSTIN L. LEE
3 | ALEXIS KLEIN
Assistant United States Attorneys
4 | 501 I Street, Suite 10-100
Sacramento, CA 95814
5 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Jul 22, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS (213) 479-5783, (916) 743-9898, AND (678) 887-7770 | CASE NO: 2:21-SW-00500 DB<br><br>[PROPOSED] ORDER TO UNSEAL APPLICATION AND ORDER AUTHORIZING INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES, RELEASE OF SUBSCRIBER INFORMATION |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: July 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS